IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **In Re:** * | |
| **JOHN A. ADAMS** * | |
| Debtor * | |
| ****************************  * | |
| **JOHN A. ADAMS** * | |
| Appellant | |
| * | Civil No.: WMN-00-1322 |
| v. | |
| * | |
| **COUNCIL, BARADEL, KOSMERL** | |
| **& NOLAN, P.A.** * | |
| Appellee | |
| * | |

******

## ORDER

Appellant having failed to serve and file a brief within 15 days after entry of the appeal on the docket as required by Bankruptcy Rule 8009(a), it is, this _31st_ day of _May_ 2000,

ORDERED that appellant show cause within 10 days of the date of this order why this appeal should not be dismissed. Failure to show good cause within 10 days of the date of this order shall result in this court making a finding that the failure to comply with Bankruptcy Rule 8009(a) was negligent and that any further delay in prosecuting this appeal will be prejudicial to appellee and to the orderly and expeditious management of the affairs of the Bankruptcy Court.

William M. Nickerson
United States District Judge

U.S. District Court (Rev. 12/1999)