IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| In re: | * |
| JOHN A. ADAMS | * |
|     Debtor | * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| JOHN A. ADAMS | * |
|     Appellant | |
| | * Civil No. WMN-00-1322 |
| v. | |
| | * |
| COUNCIL, BARADEL, KOSMERL & NOLAN, P.A. | * |
|     Appellee | |
| | * |

## ORDER

Upon consideration of Appellant's Answer to this Court's Show Cause Order dated May 31, 2000, and good cause having been shown for the Brief not having been filed within 15 days after the entry of the Appeal on the docket, it is hereupon this 16th day of June, 2000, by the United States District Court for the District of Maryland;

ORDERED, that this Court's Show Cause Order dated May 31, 2000, be and the same hereby is withdrawn; and it is further,

ORDERED, that Appellant shall file a Brief on or before the 23rd day of June, 2000.

_____
JUDGE

COPIES TO:  Kevin Schaeffer, Esquire
P.O. Box 2289
Annapolis, MD  21401

John D. Burns, Esquire
6303 Ivy Lane, Suite 102
Greenbelt, MD  20770

George W. Liebmann, Trustee
8 West Hamilton Street
Baltimore, MD  21201

U.S. Trustees Office
300 W. Pratt Street, Suite 350
Baltimore, MD  21201

John A. Adams, Esquire
147 Williams Drive
Annapolis, MD  21403