IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2000 JUL 21  P 12: 19

CLERK'S OFFICE
AT BALTIMORE

BY _____ DEPUTY

| | |
|---|---|
| In re: ) | |
| ) | |
| JOHN A. ADAMS ) | Case No. WMN-00-1322 |
| Debtor ) | |
| ) | |
| JOHN A. ADAMS ) | |
| ) | |
| Appellant ) | |
| ) | |
| v. ) | |
| ) | |
| COUNCIL, et al. ) | |
| ) | |
| Appellee ) | |

## ORDER

HAVING READ AND CONSIDERED the Motion for Extension to File Reply Brief, it is this 21st day of July, 2000, by the United States District Court for the District of Maryland,

ORDERED, that Appellant be and the same is hereby granted a ten (10) day extension to file the Reply Brief.

_____
JUDGE

cc:   Kevin Schaeffer, Esquire
      P.O. Box 2289
      Annapolis, MD  21401

      John D. Burns, Esquire
      6303 Ivy Lane, Suite 102
      Greenbelt, MD  20770

George W. Liebmann, Trustee
8 West Hamilton Street
Baltimore, MD 21201

U.S. Trustees Office
300 W. Pratt Street, Suite 350
Baltimore, MD 21201


John A. Adams, Esq.
147 Williams Drive
Annapolis, MD 21401