```
_____FILED    _____ENTERED
_____LODGED   _____RECEIVED

    AUG 1 2000
      AT BALTIMORE
CLERK U.S. DISTRICT COURT
  DISTRICT OF MARYLAND
BY_____DEPUTY
```

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| In re: | ) |
| | ) |
| JOHN A. ADAMS | ) Case No. WMN-00-1322 |
|           Debtor | ) |
| | ) |
| JOHN A. ADAMS | ) |
| | ) |
|           Appellant | ) |
| | ) |
| v. | ) |
| | ) |
| COUNCIL, et al. | ) |
| | ) |
|           Appellee | ) |

## ORDER

HAVING READ AND CONSIDERED the Motion for Extension to File Reply Brief, it is this _31st_ day of _July_, 2000, by the United States District Court for the District of Maryland,

ORDERED, that Appellant be and the same is hereby granted an additional five (5) day extension to file the Reply Brief.

                                                    _____
                                                    JUDGE

cc:     Kevin Schaeffer, Esquire
        P.O. Box 2289
        Annapolis, MD 21401

        John D. Burns, Esquire
        6303 Ivy Lane, Suite 102
        Greenbelt, MD 20770