IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

In re: John A. Adams      *   Case No. 99-5-0705-SD
                                 *        (Chapter 7)
\*   \*   \*   \*   \*   \*   \*   Adv. No. 99-5276-SD

JOHN A. ADAMS                 *

v.                                 *   Civil Action No. WMN-00-1322

COUNCIL, BARADEL, KOSMERL    *
& NOLAN, P.A.                 *

**ORDER**

For the reasons stated in the foregoing memorandum, IT IS this 23rd day of October, 2000, by the United States District Court for the District of Maryland, ORDERED:

1. That the decision of the Bankruptcy Court granting Appellee's Complaint to Determine Dischargeability of Debt (Attorney's Fees in the Nature of Support) is hereby AFFIRMED;

2. That Civil Action No. WMN-00-1322 is hereby CLOSED;

3. That the Clerk of the Court shall mail or transmit copies of this Memorandum and Order to all counsel of record.

                                           _____
                                           William M. Nickerson
                                           United States District Judge